1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11    VANCE BLAINE,                          1:13-cv-01650-GSA (PC)

12                   Plaintiff,

13          v.                               ORDER TRANSFERRING CASE TO THE
                                             SACRAMENTO DIVISION OF THE
14    CALIFORNIA HEALTH CARE                 EASTERN DISTRICT OF CALIFORNIA
      FACILITY, et al.,
15
                     Defendants.
16

17

18          Plaintiff is a state prisoner proceeding pro se in this civil rights action pursuant to 42

19    U.S.C. § 1983.

20          In his complaint, plaintiff alleges violations of his civil rights by defendants.  The alleged

21    violations took place in Sacramento County, which is part of the Sacramento Division of the

22    United States District Court for the Eastern District of California.   Therefore, the complaint

23    should have been filed in the Sacramento Division.

24          Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

25    court may, on the court's own motion, be transferred to the proper court.  Therefore, this action

26    will be transferred to the Sacramento Division.

27                                                1

28

1    Good cause appearing, IT IS HEREBY ORDERED that:

2        1.  This action is transferred to the United States District Court for the Eastern District of

3    California sitting in Sacramento; and

4        2.  All future filings shall refer to the new Sacramento case number assigned and shall be

5    filed at:

6                    United States District Court
                     Eastern District of California
7                    501 "I" Street, Suite 4-200
                     Sacramento, CA 95814
8

9    IT IS SO ORDERED.

10

11    Dated:   **October 17, 2013**                        **/s/ Gary S. Austin**
                                                           UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27
                                                    2
28