UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VANCE BLAINE,

        Plaintiff,

   v.

CALIFORNIA HEALTH CARE FACILITY, et al.,

        Defendants.

No. 2:13-cv-2163 KJM AC P

ORDER

    IT IS HEREBY ORDERED that plaintiff's motion for a refund of his overpayment to the court, and related motion for appointment of counsel, ECF No. 27, are denied as moot. On January 22, 2015, the court sent plaintiff a check for the amount of his overpayment, see ECF No. 32, and thus extinguished any need for the advice of counsel on this matter.

DATED: January 30, 2015

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1