UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANCE BLAINE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA HEALTH CARE FACILITY, et al.,<br><br>　　　　　Defendants. | No.  2:13-cv-2163 KJM AC P<br><br><br>ORDER |

　　　　Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

　　　　On October 21, 2014, based on the information provided by plaintiff, this court directed the United States Marshal to serve process of plaintiff First Amended Complaint on defendants Crossoh, Knok, Sabin, and Thomas.  ECF No. 21.  However, process directed to defendant Thomas was recently returned unserved with the notation, "unable to locate or identify."  ECF No. 34.  Plaintiff must provide additional information to serve this defendant.[1]  Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff.  If access to the required

---

[1] Plaintiff has also been directed to provide additional information to serve process on defendants Crossoh and Knok.  See ECF No. 31.  The status of service of process on defendant Thomas is not known at this time.

1

information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send plaintiff three USM-285 forms, along with an instruction sheet and a copy of the endorsed First Amended Complaint (FAC) filed April 24, 2014;

2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

   a. One completed USM-285 form for each defendant for whom plaintiff has additional service information (see n.1, supra);

   b. Two copies of the endorsed FAC filed April 24, 2014; and, for each additional defendant for whom plaintiff provides new service information, one more copy of the endorsed FAC; and

   c. One completed summons form (if not previously provided) or show good cause why plaintiff cannot provide such information.

DATED: March 4, 2015

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANCE BLAINE,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA HEALTH CARE FACILITY, et al.,<br><br>    Defendants. | No. 2:13-cv-2163 KJM AC P<br><br>NOTICE OF SUBMISSION OF DOCUMENTS |

Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

   \_\_\_\_        completed summons form

   \_\_\_\_        completed USM-285 form(s)

   \_\_\_\_        copies of the endorsed First Amended Complaint filed April 24, 2014

_____     _____
Date                                                                                        Plaintiff

3