UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANCE BLAINE, | No. 2:13-cv-2163 KJM AC P |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA HEALTH CARE FACILITY, et al., | |
| Defendants. | |

This prisoner civil rights action proceeds against three defendants – Sabin, Crosson and Ditomas – each of whom have now appeared in this action. Currently pending are two motions to dismiss filed, respectively, by defendant Crosson (ECF No. 65) and defendant Ditomas (ECF No. 70); defendant Sabin has filed a statement of non-opposition to defendant Crosson's motion (ECF No. 72). Defendants are each represented by separate counsel.

Plaintiff, who is visually impaired, proceeds pro se in this action with the assistance of other inmates. The following schedule, which applies only to further briefing on the motions to dismiss, is intended to accommodate plaintiff's disabilities.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall, on or before Friday, January 20, 2017, file and serve an opposition to each pending motion to dismiss.

2. Defendants Crosson and Ditomas may, on or before Friday, February 10, 2017, each file and serve a reply to plaintiff's respective oppositions.

3. Should defendant Sabin intend to file his own motion to dismiss, he shall do so on or before December 16, 2016; the further briefing dates noted above shall also apply to defendant Sabin's motion.

DATED: November 28, 2016

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2