UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANCE BLAINE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA HEALTH CARE FACILITY, et al.,<br><br>　　　　　Defendants. | No. 2:13-cv-2163 KJM AC P<br><br><br>ORDER |

　　　　Plaintiff is a visually impaired state prisoner who proceeds pro se in this civil rights action with the assistance of other inmates and prison staff. Plaintiff requests a copy of the docket and this court's screening order for the purpose of preparing his oppositions to the currently pending motions to dismiss filed by defendants Crosson and Ditomas. For good cause shown, plaintiff's request is granted.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1. Plaintiff's request for copies of court documents, ECF No. 78, is granted.

　　　　2. The Clerk of Court is directed to send to plaintiff, together with a copy of this order, one copy each of the following:

　　　　　　　A. This court's current docket;

　　　　　　　B. The First Amended Complaint (FAC), ECF No. 13;

1

1        C.  The court's order screening the FAC pursuant to 28 U.S.C. § 1915A, ECF No.
18; and

      D.  The court's second service order, dismissing defendant Knok, and correctly identifying defendants Ditomas and Crosson,[1] ECF No. 53.

DATED: December 12, 2016

                                /s/ Allison Claire
                              ALLISON CLAIRE
                              UNITED STATES MAGISTRATE JUDGE

---

[1] Service of process was previously ordered on defendant Sabin, ECF No. 21, who answered the FAC, ECF No. 39.