AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| EASTERN | District of | CALIFORNIA |
|---|---|---|

VANCE BLAINE

Plaintiff(s),

V.

CHCF, et al.

Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:13-CV-2163-KJM-AC

Notice is hereby given that, subject to approval by the court, __C. Crosson__ substitutes
(Party(s) Name)

__Matthew Ross Wilson, Office of the Attorney General__, State Bar No. __236309__ as counsel of record in
(Name of New Attorney)

place of __James F. Hetherington, Goodman Neuman Hamilton LLP__.
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: DEPARTMENT OF JUSTICE, OFFICE OF THE ATTORNEY GENERAL

Address: 1300 I Street, Sacramento, CA 95814

Telephone: (916) 322-6372   Facsimile (916) 324-5205

E-Mail (Optional): Matthew.Wilson@doj.ca.gov

I consent to the above substitution.

Date: 1/12/17

C. Crosson

(Signature of Party(s))

I consent to being substituted.

Date: 1/11/2017

James F. Hetherington

(Signature of Former Attorney(s))

I consent to the above substitution.

Date: 1/19/17

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 1/23/17

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]