UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANCE BLAINE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA HEALTH CARE FACILITY, et al.,<br><br>　　　　Defendants. | No. 2:13-cv-2163 KJM AC P<br><br>ORDER APPOINTING LIMITED PURPOSE COUNSEL FOR PURPOSES OF SETTLEMENT |

　　　　Plaintiff is a state prisoner proceeding pro se and in forma pauperis with this civil rights action filed pursuant to 42 U.S.C. § 1983.  The court has found that appointment of counsel for plaintiff is warranted for the limited purpose of assisting plaintiff with preparing for and participating in a settlement conference.  See ECF No. 95.  Kristin N. Capritto has been selected from the court's pro bono attorney panel to represent plaintiff and has agreed to be appointed.

　　　　Accordingly, IT IS HEREBY ORDERED that:

1. Kristin N. Capritto is appointed as limited purpose counsel in the above-entitled matter. This appointment is for the limited purpose of assisting plaintiff with preparing for and participating in a settlement conference.
2. Kristin N. Capritto's appointment will terminate fifteen days after completion of the settlement conference or any continuation of the settlement conference.

////

3. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if she has any questions related to the appointment.

4. The Clerk of the Court is directed to serve a copy of this order upon Kristin N. Capritto, Forester Purcell Stowell PC, 620 Coolidge Dr., Suite 325, Folsom, CA 95630.

   IT IS SO ORDERED.

DATED: April 4, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE