UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANCE BLAINE, | No. 2:13-cv-2163 KJM AC |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA HEALTH CARE FACILITY, et al., | |
| Defendants. | |

By order filed April 14, 2017, this court directed defense counsel to file a formal notice of plaintiff's death and serve such notice on the remaining parties and any known potential successor or representative for plaintiff. See ECF No. 100. On May 1, 2017, defense counsel filed a notice of plaintiff's death and informed the court that the only currently known potential representative is an attorney whom plaintiff asked to be notified in the event of his death. ECF No. 101. Defense counsel filed a certificate of service on attorney Marc E. Grossman in Upland, California, id. at 3, who has not, to date, contacted the court. Although Mr. Grossman may be attempting to locate a potential successor or representative for plaintiff, the court has not been so informed.

////

////

1

A motion for substitution must be made within 90 days after service of the notice of death. Fed. R. Civ. P. 25(a)(1). If a motion is not made within 90 days, the action must be dismissed. Id.

Because it appears that a substitution, if any, may not be imminent, IT IS HEREBY ORDERED that:

1. Plaintiff's appointed pro bono counsel, Ms. Kristin Nichole Capritto, is released from her appointment at this time. Should a motion for substitution be filed and approved, the court will inquire whether Ms. Capritto is willing to assume representation for plaintiff's successor or representative.

2. The settlement conference scheduled in this case for June 8, 2017, before United States Magistrate Judge Kendall J. Newman, is vacated without prejudice to the setting of new settlement conference if a successor is appointed to represent plaintiff.

3. Any remaining deadlines, except the 90-day deadline set forth in Federal Rule of Civil Procedure 25, are vacated.

4. There are no further matters to be resolved until a motion for substitution is filed or the time for doing so expires.

IT IS SO ORDERED.

DATED: May 11, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE